UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. **CR221-0047** |
| | ) | |
| v. | ) | 8 U.S.C. § 1326(a) |
| | ) | Re-entry After Removal/Deportation |
| ARMIN TRANSITO GALVEZ BARRIO, | ) | |
| a/k/a/ "HELMER MORALES-VASQUEZ" | ) | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Re-entry After Removal/Deportation*
8 U.S.C. § 1326(a)

On or about July 26, 2021, in Glynn County, within the Southern District of Georgia, the defendant,

**ARMIN TRANSITO GALVEZ BARRIO,**
a/k/a "HELMER MORALES-VASQUEZ,"

being an alien previously excluded, deported and removed from the United States, was knowingly and unlawfully present in the United States, having been found in Glynn County, Georgia, without first having obtained permission for reentry into the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a).

*Signatures on following page*



A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Joseph P. McCool
Assistant United States Attorney
Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division